| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Levy, Jon D. | 2. Court or Organization<br><br>U.S. District Court, Maine | 3. Date of Report<br><br>06/30/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>156 Federal Street<br>Portland, Maine 04101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Treasurer | William Vaughan House Condominium Association |
| 2. | Member | American Bar Association, Standing Committee on Legal Aid and Indigent Defense |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2015 | Matthew Bender & Co., book royalties | $381.46 |
| 2. | 2015 | Brandeis University, commissioned paper | $1,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2015 | Miriam A. Levy, LLC, Self-employed Psychologist (self-employment income) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Federal Judiciary | 2/23/215 - 2/27/15 | Washington DC | Phase II Judge School | Paid Travel, Hotel, and Meal Expenses |
| 2. | Federal Judiciary | 3/19/15 - 3/20/15 | Boston Massacchusetts | First Circuit Conference | Paid Travel, Hotel, and Meal Expenses |
| 3. | American Bar Association | 4/12/15-4/13/15 | Washington DC | Standing Committee on Legal Aid and Indigent Defense Meeting | Paid Travel, Hotel and Taxi Expenses |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/30/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | American Funds Capital Income Builder Fund | D | Dividend | N | T | Sold (part) | 04/10/15 | K | A | |
| 2. | American Funds Capital World Bond Fund | A | Dividend | J | T | | | | | |
| 3. | American Funds Captial World Growth & Income Fund | A | Dividend | L | T | | | | | |
| 4. | American Funds EuroPacific Growth Fund | B | Dividend | L | T | Sold (part) | 05/06/15 | K | D | |
| 5. | American Funds Global Balanced Fund | A | Dividend | K | T | | | | | |
| 6. | American Funds Growth Fund of America | A | Dividend | L | T | | | | | |
| 7. | American Funds International Growth & Income Fund | A | Dividend | L | T | | | | | |
| 8. | American Funds New World Fund | A | Dividend | L | T | | | | | |
| 9. | American Funds Short Term Bond Fund | A | Dividend | L | T | | | | | |
| 10. | Bed Bath & Beyond Stock | | None | L | T | | | | | |
| 11. | Norway Savings Bank Checking Account | | None | J | T | | | | | |
| 12. | Harford Total Return Bond HLS Fund | A | Dividend | J | T | | | | | |
| 13. | Franklin Mutual Global Discovery Fund | A | Dividend | K | T | | | | | |
| 14. | Oppenheimer International Bond Fund | A | Dividend | | | Sold | 11/23/15 | K | | |
| 15. | PIMCO All Asset All Authority Fund | A | Dividend | J | T | | | | | |
| 16. | Fidelity Cash Account | A | Interest | J | T | | | | | |
| 17. | TD Bank Checking Account | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/30/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton Global Bond Fund | B | Dividend | | | Sold | 11/23/15 | L | | |
| 19. Thornberg Investment Trust Limited Term Municipal Fund | B | Dividend | L | T | | | | | |
| 20. Wells Fargo Cash Account | A | Interest | L | T | | | | | |
| 21. US Government Series E Bonds | | None | J | W | | | | | |
| 22. US Government Series EE Bonds | | None | J | W | | | | | |
| 23. Wells Fargo Absolute Return Fund | | None | L | T | | | | | |
| 24. Pruco Life Insurance Co. of New Jersey Annuity | C | Distribution | K | T | | | | | |
| 25. Bank of America Checking Accounts | | None | J | T | | | | | |
| 26. PIMCO All Asset Fund | A | Dividend | J | T | | | | | |
| 27. American Funds Short Term Tax Exempt | A | Dividend | L | T | | | | | |
| 28. Metropolitan West-Total Return Bond Fund | B | Dividend | M | T | | | | | |
| 29. Vanguard Fixed Income - Short Term | C | Dividend | M | T | | | | | |
| 30. SSGA S&P 500 Index Sec Lend | A | Dividend | L | T | | | | | |
| 31. SSGA S&P MC Index Non-Led Serv | A | Dividend | J | T | | | | | |
| 32. Nuveen NWQ SC Value | A | Dividend | K | T | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/30/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/30/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanatory Note Regarding Section VII - Investments and Trusts, No. 32

Pursuant to the letter dated June 15, 2016, I received from the Judicial Conference of the United States Committee on Financial Disclosure, please be advised that my 2015 Financial Report was correctly submitted.

The Committee's letter indicates that the "Nuveen NWQ SC Value" listed on my 2015 Financial Report was not reported in my 2014 Financial Report. The "Nuveen NWQ SC Value" asset was purchased December 19, 2014, but I inadvertently omitted it from my 2014 Financial Report. The relevant information regarding the "Nuveen NWQ SC Value" asset that should have been included in the 2014 Financial Report is as follows:

• As to Section B, "Income during reporting period," the "Amount Code" is "A" and the "Type' is Dividend."

• As to Section C, "Gross value at end of reporting period," the "Value Code" is "K" and the "Value Method" is "T".

• As to Section D, "Transaction during reporting period," the "Type" is "buy," the "date" is "12/19/14," and the "Value Code 2" is "K."

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 06/30/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Jon D. Levy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544